**Opinion issued July 17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00512-CV

_____

## IN RE THE VICTORIAN OWNERS ASSOCIATION, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, The Victorian Owners Association, Inc., has filed a petition for writ of mandamus, complaining of the trial court's June 13, 2025 order denying its no-evidence motion for summary judgment.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] The underlying case is *Angela Perez v. The Victorian Owners Association, Inc.*, cause number 24-CV-0195, pending in the 10th District Court of Galveston County, the Honorable Rebecca Millo presiding.